**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

FILED

2005 DEC 16  P 2: 56

CLERK, US DIST. COURT
EAST___ ___ OF CALIF
___ ___ NO

BY___ -   ---

United States of America

v.

Joshuah Carl Miles

Case No. 6:05 mj 00251 wmw

## CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The Magistrate Judge has informed me of my right to the assistance of legal counsel.

The Magistrate Judge has informed me of my right to trial, judgment and sentencing before a United States District Judge.

The Magistrate Judge has also advised me of my right to have at least thirty days to prepare for trial.

**I HEREBY:   Waive (give up) my right to trial, judgment and sentencing before a United States District Judge, and I consent to trial, judgment and sentencing before a United States Magistrate Judge.**

Date: 11/16/05

Joshuah C Miles
Defendant

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
Social Security No.

BEFORE: _____
United States Magistrate Judge

_____
Defendant's Attorney (if any)

_____ Petty Offense

_____ Misdemeanor