# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

**FILED**

### PRETRIAL SERVICES VIOLATION PETITION

2005 DEC 27 P 2: 29

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO

BY_____ DEPUTY

The United States,

-vs-

**JOSHUAH CARL MILES**

Docket No. 05-0251M

COMES NOW <u>Kimberly M. Dalton</u>, Supervisory Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of <u>Joshuah Carl Miles</u>, who was placed on bond by the Honorable <u>Lawrence J. O'Neill, U. S. Magistrate Judge</u>, sitting in the Court at <u>Fresno, California</u>, on the <u>5</u> th day of <u>December</u>, 2005, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows in attachment:

**OFFENSE: Possession of Marijuana; Possession of Methamphetamine; Possession of Hashish; and Possession of Drug Paraphernalia**

**BOND CONDITIONS: Please see attached**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has been absent from his approved place of residence since December 22, 2005, and without approval of Pretrial Services. His whereabouts is unknown.

**PRAYING THAT THE COURT WILL ORDER** a no bail warrant to issue.

**LAST KNOWN ADDRESS:**   44817 Silver Spur Trail
                          Awahnee, CA 93601

**TELEPHONE NUMBER:**     (559) 683-7284

I declare under penalty of perjury that the foregoing is true and correct.   Executed on   December 27, 2005

Respectfully submitted,

*Kimberly M. Dalton*
KIMBERLY M. DALTON
Supervisory Pretrial Services Officer

## ORDER

✓ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ *No bail* .
___ The Court hereby orders this ex parte motion and order be sealed.
___ The Court orders a summons be issued with an appearance date of _____ .
___ The Court hereby orders this matter placed on this court's calendar on _____ , at _____ am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.
___ The Court orders no action be taken.

Considered and ordered this <u>27</u> day of
<u>Dec</u>, 20<u>05</u> and ordered filed and
made a part of the records in the above case.

_____
U.S. Magistrate Judge/U.S. District Judge

rev. 1/93

**MILES, JOSHUAH CARL**
**05-0251M**

## BOND CONDITIONS

1. You shall be released on your personal recognizance;

2. You are released to the third party custody of Rita Smith;

3. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

4. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

5. Your travel is restricted to the Eastern District of California unless otherwise approved in advance by the Pretrial Services Officer;

6. You shall refrain from ANY use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner. *However, medical marijuana, prescribed or not, may not be used;*

7. You shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer;

8. You shall seek and/or maintain employment, and provide proof thereof to the Pretrial Services Officer upon request;

9. You shall report any prescription medications to the Pretrial Services Officer within 48 hours of receipt; and,

10. You shall reside at a residence approved by Pretrial Services and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer.